IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| United States of America ) <br> v. ) <br>   1) TAVIAN TILLMAN ) <br>   2) TRAVIS WHITE ) <br> ) <br> ) | Docket No. 3:24-mj-99-WCM <br><br> *UNDER SEAL* |

## MOTION TO SEAL COMPLAINT, AFFIDAVIT, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

Signed: March 19, 2024

_____
W. Carleton Metcalf
United States Magistrate Judge